David N. McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 845-5969
Facsimile: (866) 317-2674
DMcDevitt@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Larson, *on behalf of himself and all others similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> Online Information Services, Inc., <br><br> Defendant. | Case No. 2:16-cv-03956-ROS <br><br> **NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork is filed.

Respectfully submitted on December 15, 2017,

By: s/David N. McDevitt
David N. McDevitt (030761)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 845-5969
Facsimile: (866) 317-2674
DMcDevitt@consumerlawinfo.com
*Attorney for Plaintiff*

Notice of Settlement - 1

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Zachary Landis
Zachary Landis

# CERTIFICATE OF SERVICE

I certify that on December 15, 2017, the foregoing Notice of Acceptance of Rule 68 Offer of Judgment was filed with the Court using CM/ECF, which will send notification of such filing to Defendant, by and through its counsel of record, as follows:

David J. Kaminski, Esq. (*pro hac vice*)
Stephen A. Watkins, Esq. (*pro hac vice*)
CARLSON & MESSER LLP
9841 Airport Boulevard, Suite 1200
Los Angeles, CA  90045
KaminskiD@cmtlaw.com
watkinss@cmtlaw.com

Thomas P. Burke, II
Udall Law Firm, LLP
2198 E. Camelback Road, Suite 375
Phoenix, AZ 85016
tburke@udalllaw.com

*Attorneys for Defendant*

                                               /s/ David N. McDevitt
                                                David N. McDevitt