# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Larson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Online Information Services Incorporated,<br><br>　　　　　Defendant. | No. CV-16-03956-PHX-ROS<br><br>**ORDER** |

　　　　Pursuant to the Parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 57),

　　　　**IT IS ORDERED** this action is dismissed with prejudice, the Parties to bear their own attorneys' fees and costs.

　　　　Dated this 7th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge